# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS SERVICING LP, *et al.*,<br><br>                    Defendants. | Case No. 3:10-cv-00419-RCJ-PAL<br><br>**ORDER** |

This matter is before the court on Defendant IB Property Holdings, LLC's failure to comply with this court's Order (Dkt. #172) entered November 8, 2010, requiring it to retain local counsel on or before December 6, 2010. To date, Defendant IB Property Holdings, LLC has failed to comply with this court's Order (Dkt. #172), and the provisions of LR IA 10-1(b).

Accordingly,

**IT IS ORDERED** that Defendant IB Property Holdings, LLC shall have until **May 17, 2011,** in which to associate with local counsel in compliance with LR IA 10-1(b). Failure to timely comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 3rd day of May, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE