AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

STATE OF NEVADA, ex rel. ROBERT
EDWARD HAGAR and ANDREW J.
LUDEL, *qui tam* plaintiffs, on behalf of
real parties in interest, WASHOE COUNTY,
CLARK COUNTY, PERSHING COUNTY,
CHURCHILL COUNTY, CITY AND
COUNTY OF CARSON CITY,
ESMERALDA COUNTY, WHITE PINE
COUNTY, LYON COUNTY, ELKO
COUNTY, NYE COUNTY, MINERAL
COUNTY, LANDER COUNTY, EUREKA
COUNTY, LINCOLN COUNTY, DOUGLAS
COUNTY and STATE OF NEVADA,

      Plaintiffs,
V.

COUNTRYWIDE HOME LOANS
SERVICING, LP, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00419-RCJ-PAL**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' motions to dismiss (# 222, 225, 227, 229, 230, 231, 233, 240, 241, 246, 248, 249, 250, 251, 274) and their respective joinders are

**GRANTED** in their entirety as to all claims without leave to amend.

  September 19, 2011                                              **LANCE S. WILSON**
                                                                         Clerk

                                                            /s/  D. R. Morgan
                                                                      Deputy Clerk